STATE OF LOUISIANA                                      NO. 25-KH-439

VERSUS                                                  FIFTH CIRCUIT

EDDIE THOMAS                                            COURT OF APPEAL

                                                        STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

October 09, 2025

Linda Tran
First Deputy Clerk

**IN RE** EDDIE THOMAS

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT,
PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE SHAYNA BEEVERS MORVANT, DIVISION "M", NUMBER 14-6486

Panel composed of Judges Susan M. Chehardy,
Marc E. Johnson, and Stephen J. Windhorst

**WRIT DENIED**

In this *pro se* writ application, relator, Eddie Thomas, seeks review of the trial court's May 19, 2025 ruling denying his motion to correct illegal sentence.

Upon review, we find relator's application is deficient.  Relator failed to include a copy of (1) any pleading or motion filed in the trial court; (2) an opposition, if any, to the motion; (3) the judgment, order, or ruling of which relator seeks review; (4) a minute entry; (5) a notice of intent and return date; or (6) the bill of information or indictment.  La. U.R.C.A., Rules 4-2, 4-3, and 4-5.

Further, under La. U.R.C.A., Rule 4-3, relator was required to file his writ application within thirty days of the ruling at issue.  On September 22, 2025, relator's writ application, signed and dated September 17, 2025, was

stamped as filed with this court, more than thirty days from the trial court's May 19, 2025 ruling. Because relator's writ application was not filed within thirty days of the trial court's ruling it is untimely.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 9th day of October, 2025.

**SJW**
**SMC**
**MEJ**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/09/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-KH-439**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Shayna Beevers Morvant (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Eddie Thomas #601279 (Relator)
Raymond Laborde Correctional Center
1630 Prison Road
Cottonport, LA 71327